# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE BARKLEY, | No. 2:15-cv-0655 JAM AC P |
| Petitioner, | |
| v. | ORDER |
| JOE LIZARRAGA, WARDEN, | |
| Respondent. | |

On May 27, 2021, petitioner filed a request for a certificate of appealability. ECF No. 57. This petition for writ of habeas corpus was dismissed on April 29, 2021. See ECF Nos. 51, 52. At that time, the court declined to issue the certificate of appealability. See ECF No. 51 at 4. Accordingly, documents filed by petitioner since the closing date will be disregarded, and no orders will issue in response to future filings.

DATED: June 4, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE